UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.   4:25-CR-224 HEA/SRW |
| | ) |
| LUIS SANCHEZ-VELAZQUEZ, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the Government's Motion for Pretrial Detention [ECF No. 4]. The Government charged Defendant with a violation of 8 U.S.C. § 1326(a) (illegal reentry of an alien). As grounds for its motion, the Government asserts that both detention and a hearing are warranted because of serious risk of flight.

Defendant appeared along with his counsel. The Government appeared through an assistant United States attorney. The Pretrial Services Report was filed after the hearing. The Court provided the parties an opportunity to respond. Neither party filed a response. At the Court's request, Pretrial Services filed a "Supplemental Report" [ECF No. 18]. The Court adopts the material in the Pretrial Services Reports and incorporates it herein. The Pretrial Services officer originally recommended detention. In its Supplemental Report, Pretrial Services states that "if the defendant did not have an active Immigration and Customs Enforcement (ICE) detainer lodged against him, the Pretrial Services Office would recommend the defendant's release on bond."

The Government proffered the following in support of detention at the hearing: Defendant is a serious flight risk. He has an illegal reentry conviction from 2020. He failed to abide by previous court orders.

At the hearing, defense counsel stated the following in support of release: Defendant is highly motivated to appear in court. He has worked for the same roofing company for three years. His wife is detained and applying for asylum. He has two minor children in school in Columbia, Missouri. He left Mexico after his youngest child was murdered. He is trying to keep his family together.

The Pretrial Services Report provides the following additional information: Defendant has an ICE detainer. Defendant has been in ICE custody since April 8, 2025. Prior to his detention, Defendant lived in Columbia, Missouri with his wife and children. Defendant has extended family in Mexico. Defendant has been employed for three years by a roofing company. Defendant has no criminal record except for the 2020 illegal reentry conviction. Defendant has no substance abuse issues.

Based upon the record adduced at the hearing, the Court concludes that the Government failed to prove that Defendant presents a serious risk of flight or that no conditions or combination of conditions of release will reasonably assure Defendant's appearance.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion for Pretrial Detention [ECF No. 4] is **DENIED**.

**IT IS FURTHER ORDERED** that a bond execution hearing is set for May 29, 2025 at 10:00 a.m. in Courtroom 9N.

*[Signature]*
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of May, 2025